Dear Clerk
U.S. District Court
Re Dickerson v. Robertson
CA No # 04-1259

I would like the Docket to case # 04-1259

My name is Louis Dickerson

*Louis Dickerson*

FILED
APR 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

M Louis Dickerson
SBI# 00263455  UNIT 23-D-6-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

-Legal Mail-

Peter Dalleo Clerk
District Court
King St, Lockbox 18
Wilmington Delaware 3570

-Legal Mail-