IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUIS D. DICKERSON, | ) |
|     Plaintiff, | ) |
| v. | ) Civ. No. 04-1259-SLR |
| MANAGER SUE ANN ROBERTSON, | ) |
|     Defendant. | ) |

O R D E R

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 5, 2005, this Court entered an order granting leave to proceed *in forma pauperis* and requiring the plaintiff to complete and return an authorization form (D.I. 4);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 14th day of June, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

USPS
1575  U.S. POSTAGE  PB 2230370
7914  $00.370  JUN 16 05
4730  FROM ZIP CODE  19947

U.S.M.S
X-RAY

☐ INSUFFICIENT ADDRESS      ☐ OTHER
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

RTS
RETURN TO SENDER

19801/3570

Louis D. Dickerson
#263655
SCI
P.O. Box 500
Georgetown, DE 19947